.ev. 12/03) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___6___

DEFENDANT:        RYAN D. BUCKNER
CASE NUMBER:      2:04cr057-A

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**90 months.** This sentence is ordered to run concurrent with any sentence that may be imposed in the Superior Court of Fulton County, Georgia, on charges pending there.

**X**  The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be placed to a facility where Intensive Residential Substance Abuse Treatment is available.

**RETURNED AND FILED**

**X**  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

**NOV 2 6**

☐  at _____  ☐ a.m.  ☐ p.m.  on  _____

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on  _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on ___10-16-08___ to ___FCI Talladega___

a ___Talladega, AL___ , with a certified copy of this judgment.

___C. Ruse, Warden___
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL